IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON HAMM-BEY, | ) | Civil Action No. 7:05-cv00559 |
| Petitioner | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Hon. James C. Turk |
| GENE JOHNSON, | ) | Senior United States District Judge |
| Respondent | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED**, pursuant to Rule 4 of the Rules Governing §2254 Cases, for failure to state a claim upon which relief can be granted, and is hereby stricken from the active docket of the court.

The clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 11 day of October, 2005.

/s/ James C. Turk
Senior United States District Judge